**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

RELIABLE SALVAGE AND TOWING, INC.,

    Plaintiff,

-vs-                                                       Case No.  2:09-cv-329-FtM-99SPC

35' SEA RAY its engines, tackle, equipment,
apparel, appurtenances, etc., in rem; MICHAEL
BIVONA in personam,

    Defendants.
_____

**ORDER**

This matter comes before the Court *sua sponte*.  This case is scheduled for bench trial on January 19, 2011 before the undersigned.  Given the nature of the proceedings, and consistent with the policy in the Fort Myers Division, the Court will allow Plaintiff to bring in one cellular telephone, and one laptop computer, and will allow Defendant(s) to bring in same.

Accordingly, it is now

**ORDERED:**

The parties and their respective Counsel are permitted to bring one cellular telephone, and one laptop computer for use during the scheduled bench trial.

**DONE AND ORDERED** at Fort Myers, Florida, this   19th   day of January, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record