UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RELIABLE SALVAGE AND TOWING, INC.,

          Plaintiff,

-vs-                                            Case No.  2:09-cv-329-FtM-99SPC

35' SEA RAY its engines, tackle, equipment,
apparel, appurtenances, etc., in rem; MICHAEL
BIVONA in personam,

          Defendants.
_____

## ORDER

      This matter comes before the Court on the Defendant, Michael Bovina's Motion to Strike, or Alternatively, for Leave to Amend Opposition to Motion to Increase Bond (Doc. #72) filed on April 22, 2011. Federal Rule of Civil Procedure 12(f) provides that the Court may order "any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter" be stricken from a pleading. Harvey v. Home Depot U.S.A., Inc., 2005 WL 1421170 (M.D. Fla. June 17, 2005). In evaluating a motion to strike, the court must treat all well pleaded facts as admitted and cannot consider matters beyond the pleadings. Microsoft Corp. v. Jesse's Computers & Repair, Inc., 211 F.R.D. 681, 683 (M.D. Fla. 2002).  A motion to strike will usually be denied unless the allegations have no possible relation to the controversy and may cause prejudice to one of the parties. Harvey, 2005 WL 1421170 (citing Scelta v. Delicatessen Support Services, Inc., 57 F. Supp. 2d 1327, 1347 (M.D. Fla. 1997).

On April 19, 2011, the Plaintiff filed a Supplemental Brief of Authority (Doc. # 70), adding case law and argument in support of its Motion for Additional Security (Doc. # 66). The Defendant moves to strike the Supplemental Brief because the Plaintiff did not seek leave of the Court to file a reply under M.D. Fla. Local Rule 3.01(c). Pursuant to the Local Rules a party must seek leave of the Court prior to filing a reply brief. M.D. Fla. Local Rule 3.01(c). In the alternative, the Plaintiff moves the Court to file an Amended Response to the Plaintiff's Supplement.

Upon review of the Plaintiff's Supplement, the Court notes that it responds directly to arguments made by the Defendant in his Response (Doc. # 67). The Supplement is in the nature of a reply brief and not just a supplemental filing in support of its original Motion to increase the size of the Defendant's bond. As such, the Court finds good cause to grant leave to the Defendant to file an amended response. The Motion to Strike is due to be denied and the Alternative Motion for leave to file an amended response (sur-reply) is due to be granted.

Accordingly, it is now

**ORDERED:**

The Defendant, Michael Bovina's Motion to Strike, or Alternatively, for Leave to Amend Opposition to Motion to Increase Bond (Doc. #72) is **GRANTED** in part and **DENIED** in part.

(1) The Defendant, Michael Bovina's Motion to Strike is **DENIED**.

(2) The Defendant, Michael Bovina's Alternative Motion for Leave to Amend Opposition to Motion to Increase Bond (Doc. #72) is **GRANTED.**

- The Defendant is given leave to file a **three (3) page** Sur-Reply.

- The Sur-Reply is limited in scope to the issues addressed by the Plaintiff in its Supplement (Reply Brief) (Doc. # 70).

- The Defendant has up to and including **Monday, May 2, 2011**, to file his Sur-Reply.

**DONE AND ORDERED** at Fort Myers, Florida, this <u>  25th  </u> day of April, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record