# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

RELIABLE SALVAGE AND TOWING, INC.,

    Plaintiff,

-vs-                                          Case No. 2:09-cv-329-FtM-99SPC

35' SEA RAY its engines, tackle, equipment,
apparel, appurtenances, etc., in rem; MICHAEL
BIVONA in personam,

    Defendants.
_____

## ORDER

This matter comes before the Court on the Plaintiff, Reliable Salvage and Towing, Inc.'s Motion for Additional Security (Doc. #66) filed on April 13, 2011. The Defendant filed his Response in Opposition (Doc. # 67) on April 15, 2011. The Court's Supplemental Rules state in pertinent part:

> [w]henever security is taken the court may, on motion and hearing, for good cause shown, reduce the amount of security given; and if the surety shall be or become insufficient, new or additional sureties may be required on motion and hearing.

Fed. R. Civ. P. Supp. R. E(6). As required by the Supplemental Rules, the Court will hold a hearing and entertain arguments regarding the Plaintiff's Motion to increase bond as delineated below.

Accordingly, it is now

**ORDERED:**

The Parties shall appear before the undersigned for a hearing on the Plaintiff, Reliable Salvage and Towing, Inc.'s Motion for Additional Security (Doc. #66) on **Wednesday, June 1,**

**2011**, at 9:30 am. at the United States Courthouse and Federal Building, Courtroom 5D, 2110 First Street, Fort Myers, Florida 33901.

(1) The Parties shall be prepared to present arguments on whether or not the Defendant's initial bond amount may be raised as requested by the Plaintiff.

(2) The Parties may appear via telephone.

(3) To appear via telephone, the Parties shall contact Leslie Hinton, Courtroom Deputy to the undersigned, at **(239) 461-2068** to provide the Court with contact information for the hearing on or before **12:00noon on Tuesday, May 31, 2011.**

**DONE AND ORDERED** at Fort Myers, Florida, this   24th   day of May, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record